IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 08-20025 |
| vs. ) | |
| ) | 18 U.S.C. § 922(g) |
| MAVIS CHRISTIAN, JR., ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

RECEIVED
JAN 3 1 2008
United States District Court
Western Tennessee

<u>**COUNT ONE**</u>

On or about October 3, 2007, in the Western District of Tennessee, the defendant, ----------MAVIS CHRISTIAN, JR.---------- having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce ammunition, that is three (3) spent casings of .380 caliber ammunition with head-stamp markings of "WIN" and "380 Auto", in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL:

s/Grand Jury Foreperson
FOREPERSON

DATED: Jan. 30, 2008

_____
UNITED STATES ATTORNEY