UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(713) 421-9200* |

# NOTICE OF SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

April 16, 2008

RE: 2:08cr20025-Ml
*USA V. MARVIS CHRISTIAN, JR.*

Dear Sir/Madam:

A **REPORT DATE** has been set before **Judge Jon Phipps McCalla** for **FRIDAY, APRIL 25, 2008** at **9:00 A.M.** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee.** Any defendants incarcerated at the **West Tennessee Detention Facility in Mason, Tennessee** will have their report conducted **via VIDEO CONFERENCE** unless the presiding judge orders otherwise.

The report date is required by Section IV, paragraph B(4) of the Speedy Trial Plan. The plan requires that the defendant and his/her attorney appear at the above-designated time to give a status report to the Court on the case. The defendant must be present at the Report Date unless the Court excuses his/her appearance and the defendant files a written waiver of appearance in advance of the Report Date. Attorneys for the government and each defendant are expected to have furnished and obtained **ALL DISCOVERY MATERIAL** prior to the Report Date.

Also, the attorney for each defendant is expected to have discussed with the defendant the options of a change of plea, or of going to trial and should be prepared to advise the Court of defendant's plan in this regard at the Report Date.

Parties are expected to be ready for trial at any time during the period from MAY 5, 2008 to MAY 16, 2008 upon four hours notice if the defendant is NOT in custody and resides within the Western District of Tennessee or within a two-hour drive of the court and if the prosecution has no out-of-town witnesses. If these conditions are not met, the parties are expected to be ready for trial at any time during this period on twenty-four hours notice.

Attorneys are expected to procure the issuance of writs for any in-custody witnesses no later than APRIL 28, 2008.

This case is set on the court's Western Division criminal rotation docket. A description of procedures utilized for this docket is available from the Clerk of Court.

As to defendants on bond, failure to appear as directed will result in a forfeiture of that defendant's appearance bond and issuance of a warrant for his or her arrest.

If you have any questions about this matter, please contact the case manager at the telephone number or email address provided below.

>Sincerely,
>THOMAS M. GOULD, CLERK
>BY:   *s/Joseph P. Warren*,
>          Case Manager to Judge Jon Phipps McCalla
>          901-495-1242
>          joseph_warren@tnwd.uscourts.gov