IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 6-25-08
TIME: 10:56 Am
INITIALS: 1st.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 08-20025JPM |
| MAVIS CHRISTIAN, ) | |
| Defendant. ) | |

## PLEA AGREEMENT

**The full and complete plea is as follows:**

MAVIS CHRISTIAN agrees that he will enter a voluntary plea of guilty to count one of the indictment.

Given the facts in the possession of the United States at the time of the writing of this agreement, the United States does not oppose the defendant receiving full acceptance of responsibility credit pursuant to U.S.S.G. Section 3E1.1. The defendant understands that if the United States receives information between the signing of this agreement and the time of the sentencing that the defendant has previously engaged in, or if he engages in the future, in conduct inconsistent with the acceptance of responsibility, including, but not limited to, participation of any additional criminal activities between now and the time of sentencing, this position could change. Further, the defendant understands that whether or not acceptance of responsibility credit pursuant to Section 3E1.1 is granted is a matter to be determined by the district court. Failure of the district court to grant acceptance of responsibility credit is not a basis for

MAVIS CHRISTIAN to withdraw his guilty plea.

The defendant understands and agrees that the special assessment is due and payable to the United States District Court office immediately following the defendant's sentencing.

MAVIS CHRISTIAN agrees that this plea agreement constitutes the entire agreement between himself and the United States and that no threats have been made to induce him to plead guilty. By signing this document, MAVIS CHRISTIAN acknowledges that he has read this agreement, has discussed it with his attorney and understands it.

FOR THE UNITED STATES:

LAWRENCE J. LAURENZI
ACTING UNITED STATES ATTORNEY

_____          6/25/08
MICHELLE L. KIMBRIL-PARKS                  Date
Assistant United States Attorney
800 Federal Office Building
167 N. Main Street
Memphis, TN 38103

_____          6/25/08
MARK MESSLER                               Date
Defense Counsel

_____          6/25/08
MAVIS CHRISTIAN                            Date
Defendant