```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TENNESSEE
                              WESTERN DIVISION
```

_____

|                                   |                        |
|-----------------------------------|------------------------|
| UNITED STATES OF AMERICA  )       |                        |
|      Plaintiff,           )       |                        |
|                           )       |                        |
| VS.                       )       | CR. NO. 08-20025-JPM   |
|                           )       |                        |
| MAVIS CHRISTIAN, JR.      )       |                        |
|      Defendant.           )       |                        |
|                           )       |                        |

_____

## ORDER ON CHANGE OF PLEA AND **SETTING**

_____

This cause came on to be heard on June 25, 2008, the United States Attorney for this district, Michelle Kimbril-Parks, appearing for the Government and the defendant, Mavis Christian, Jr., appearing in person and with counsel, Mark Mesler, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, OCTOBER 3, 2008, at 9:00 A.M., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 25th day of June, 2008.

                                                                                                                                                                               **s/Jon Phipps McCalla**
                                                      **UNITED STATES DISTRICT JUDGE**