PROB 12C
(9/17)

# United States District Court
## for the
## Western District of Tennessee
### Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Mavis Christian, Jr.      Docket No. 2:08CR20025-001

Name of Sentencing Judicial Officer: The Honorable Jon P. McCalla, Senior United States District Judge

Date of Original Sentence: 12/11/2008

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

| | |
|---|---|
| Original Sentence: Imprisonment: 120 months; TSR: 24 months | Type of Supervision: Supervised Release |
| Assistant U.S. Attorney: Michelle Kimbril-Parks | Date Supervision Commenced: 06/17/2016 |
| Defense Attorney: J. Patten Brown, III and Mark Mesler | Date Supervision Expires: 06/16/2018 |

## PETITIONING THE COURT

☒ **To issue a warrant**
☐ **To issue a summons**
☐ **To grant an exception to revocation without a hearing**

The probation officer believes that the offender has violated the following condition (s) of supervision:

| Violation | Nature of Non-Compliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state or local crime.** On February 5, 2018, an arrest warrant was issued for Mr. Christian for the offenses of Aggravated Assault, in violation of Tennessee Code Annotated (T.C.A.) 39-13-102; Vandalism $1,000 or Less, in violation of (T.C.A.) 39-14-408; Theft of Property $1,000 or Less, in violation of (T.C.A.) 39-14-103; and Domestic Assault, in violation (T.C.A.) 39-13-111. According to the incident report, on February 4, 2018, officers responded to an armed party call. The defendant was involved in an altercation with his ex-wife and their children that turned physical. Further, the defendant damaged several items and left the scene. The warrant remains active. Evidence in support of these charges includes an incident report (#1802001762ME) containing related pictures and eye witness testimony of the reporting officers (Officer Miller and Officer Johnson). This conduct constitutes Grade A and C violations of supervised release. |

**Prob 12C**
**RE: Christian, Mavis**
**2:08CR20025-001**

U.S. Probation Officer Recommendation:
☒ The term of supervision should be
        ☒ Revoked.
        ☐ Extended for ˍ years, for a total term of ˍ years.
        ☐ Continued based upon the exception to revocation under 18 USC §3563(e) or 3583(d).
        ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 15, 2018

s/Arquita Bonner
U.S. Probation Officer

Approved:

s/Freddie McMaster II           February 23, 2018
Supervising U.S. Probation Officer     Date

---

**THE COURT ORDERS:**
        ☐ No Action
        ☒ Issue of an arrest warrant
        ☐ Issue a Summons
        ☐ The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
        ☐ Other

The signed Probation Form 12C (Petition for Action), as well as the warrant for arrest, is to be filed under seal in the Electronic Case File (ECF) system until such time as the warrant is executed.

s/Jon P. McCalla

Signature of Judicial Officer

Date:   February 26, 2018

**Prob 12C**
**RE: Christian, Mavis**
**2:08CR20025-001**

# VIOLATION WORKSHEET

1. Defendant: <u>Christian, Mavis</u>
2. Docket Number (Year-Sequence-Defendant-Defendant No.): <u>2:08CR20025 - 001</u>
3. District/Office: <u>Western District of Tennessee (Memphis)</u>
4. Original Sentence Date: <u>12/11/2008</u>
*(if different than above):*
5. Original District/Office:
6. Original Docket Number (Year-Sequence-Defendant-Defendant No.):
7. List each violation and determine the applicable grade (see § 7B1.1(a)):

| Violations(s) | Grade |
|---|---|
| **The defendant shall not commit another, federal state or local crime. (Aggravated Assault)** | **A** |
| **The defendant shall not commit another, federal state or local crime. (Vandalism $1,000 or Less; Theft of Property $1,000 or Less; Domestic Assault)** | **C** |

8. Most Serious Grade of Violation (see § 7B1.1(b)): **A**
9. Criminal History Category (see § 7B1.4(a)): **I**

10. Range of Imprisonment (see § 7B1.4(a))   **12-18 months\***

**\*Being originally convicted of a Class C felony, the statutory maximum term of imprisonment is 24 months; 18 U.S.C. §§3583(e)(3) and 3584.**

11. Sentencing Options for Grade B and C violations Only (Check the appropriate box):

   ( ) (a) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c) (1) provides sentencing options to imprisonment.
   ( ) (b) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c) (2) provides sentencing options to imprisonment.
   (**X**) (c) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

**Prob 12C**
**RE: Christian, Mavis**
**2:08CR20025-001**

Defendant: <u>Christian, Mavis</u>   Docket No.: <u>0651 2:08CR20025 - 001</u>

12. Unsatisfied Conditions of Original Sentence

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (<u>see</u> §7B1.3(d)):

| | |
|---|---|
| Restitution ($): _____ | Community Confinement: _____ |
| Fine ($): _____ | Home Detention: _____ |
| Other: _____ | Intermittent Confinement: _____ |

13. Supervised Release

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Term: Up to 2 years, less any term of imprisonment imposed upon revocation

Period of supervised release to be served following release from imprisonment

14. Departure

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment


15. Official Detention Adjustment (see §7B1.3(e)):   Months: _   Days:

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**