# UNITED STATES DISTRICT COURT
## Western District of Tennessee

UNITED STATES OF AMERICA
    Plaintiff,

VS.                                                Case Number 2:08CR20025-01-JPM

MAVIS CHRISTIAN, JR.,
    Defendant.

**JUDGMENT AND COMMITMENT ORDER**
**ON SUPERVISED RELEASE VIOLATION**
(For Offenses Committed On or After November 1, 1987)

The defendant, Mavis Christian, Jr., was represented by Anna Hamilton, Esq.

It appearing that the defendant, who was convicted on December 11, 2008 in the above styled cause and was sentenced to a term of 120 months incarceration to be followed by Supervised Release for a period of two (2) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be REVOKED and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixteen (16) months with no additional period of supervised release to follow in this case. This sentence is to be served consecutive to the sentence in state case number C1808796.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

Restitution and other monetary penalties remain as previously imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the 14th day of March, 2019.

                                                          s/Jon Phipps McCalla
                                                          U.S. DISTRICT JUDGE

Defendant's SS No.: xxx-xx-3031
Defendant's Date of Birth: 1971
U.S. Marshal No.: 22143-076
Defendant's Mailing Address: Memphis, TN